**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02847-ZLW-KLM

REGENA PELTAN,

    Plaintiff,

v.

AEGIS RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____

**NOTICE OF SETTLEMENT**
_____

COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay her or its own attorney's fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 29, 2010.

Dated: January 20, 2010.

| | |
|---|---|
| s/ Gary Merenstein | s/ Louis Leonard Galvis |
| Gary Merenstein (CO Bar No. 19163) | Louis Leonard Galvis (CO Bar No. 32885) |
| 545 Manhattan Dr., #201, | Sessions, Fishman, Nathan & Israel, LLP |
| Boulder, CO  80303 | 645 Stonington Lane |
| Telephone:  (303) 875-8884 | Fort Collins, CO  80525 |
| Facsimile: (303) 494-9234 | Telephone:  (970) 223-4420 |
| E-mail:  gemlegal@aol.com | Facsimile:  (970) 223-4490 |
| **Attorney for Plaintiff** | E-mail:  lgalvis@sessions-law.biz |
| | **Attorney for Defendant** |