**NOTICE OF DISMISSAL IN A CIVIL ACTION**
_____
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-02847-ZLW-KLM

Regena Peltan,                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )
                                      )
Aegis Receivables Management, Inc.    )
                                      )
            Defendant.                )

**NOTICE OF DIMISSAL WITH PREJUDICE**
_____

    Plaintiff, pursuant to the provisions of FRCP Rule 41 (a), hereby gives notice of dismissal with prejudice of this action against Defendant and shows that no answers, motions or other appearances have been made by or on behalf of the Defendants and that Plaintiff's claims in this action have been resolved.

    Dated: 1/25/2010.

Respectfully submitted,


/s/ Gary Merenstein
Gary Merenstein, #19163
545 Manhattan Dr., #201
Boulder, CO 80303
(303) 875-8884
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 25 day of January, 2010, I served the forgoing on the following by placing it in the U.S.A. mails, first class postage prepaid:

Louis Leonard Galvis, Esq.
Sessions, Fishman, Nathan & Israel, LLP
645 Stonington Lane
Fort Collins, Colorado 80525
***Attorney for Defendant***

/s/ Gary Merenstein
Gary Merenstein